**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Tamika Allen-Kuhn<br>          &amp;<br>Eric Jon Kuhn<br><br>       Debtors | CHAPTER 13<br><br>BKY. NO. 19-10096 TPA |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

   Kindly enter my appearance on behalf of M&T BANK and index same on the master mailing list.


            Respectfully submitted,

            **/s/James C. Warmbrodt, Esquire**
            James C. Warmbrodt, Esquire
            Attorney I.D. No. 42524
            KML Law Group, P.C.
            BNY Mellon Independence Center
            701 Market Street, Suite 5000
            Philadelphia, PA 19106
            412-430-3594
            jwarmbrodt@kmllawgroup.com