Form 149

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Eric Jon Kuhn**
**Tamika Allen–Kuhn**
   Debtor(s)

Bankruptcy Case No.: 19–10096–TPA
Per April 23, 2019 Proceeding
Chapter: 13
Docket No.: 30 – 18
Concil. Conf.: 9/10/19 at 11:30 AM

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED**
**AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

   IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated March 1, 2019 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

- ☐ A.   For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

- ☐ B.   The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

- ☑ C.   Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on 9/10/19 at 11:30 AM, in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501.* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

- ☐ D.   Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

- ☐ E.   The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

- ☐ F.    shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

- ☑ G.   The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: M&T Bank (Claim No. 9) and PA Department of Revenue (Claim No. 1) .

- ☑ H.   Additional Terms: The secured claim(s) of the following Creditor(s) shall govern as to claim amount, to be paid at the modified Plan terms: Fifth Third Bank (Claim No. 3).

*(2.)*    ***IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:***

**A.**    **Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.**    **Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.**    **Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.**    **Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.**    **Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)* **IT IS FURTHER ORDERED THAT:**

**A.** After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.** Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.** Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty–one (21) days prior to the change taking effect.

**D.** Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016–1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.** The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre–confirmation defaults in any subsequent motion to dismiss.

**F.** In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Dated: April 30, 2019

cc: All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 19-10096-TPA
Eric Jon Kuhn                                                                   Chapter 13
Tamika Allen-Kuhn
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: vson                   Page 1 of 2              Date Rcvd: Apr 30, 2019
                              Form ID: 149                 Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 02, 2019.
```
db/jdb         +Eric Jon Kuhn,    Tamika Allen-Kuhn,    2003 East Gore Road,    Erie, PA 16510-3893
15003495        Best Buy Credit Services,    P.O. Box 78009,    Phoenix, AZ 85062-8009
15003496       +Best Buy/CBNA,    50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
15003497       +Capital One Auto Finance,    P.O. Box 259407,    Plano, TX 75025-9407
15026438        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
15003499        Chase,    P.O. Box 15123,    Wilmington, DE 19850-5123
15025443       +Chase Bank USA, N.A.,    c/o Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
15033912       +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
15003500       +Fifth Third Bank,    5050 Kingsley Drive,    Cincinnati, OH 45227-1115
15011084       +Fifth Third Bank,    PO Box 9013,    Addison, Texas 75001-9013
14989322       +KML Law Group P.C.,    Mellon Independence Center,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
15003503       +Liberty Mortgage Corporation,    3818 Liberty Street,    Erie, PA 16509-1473
14989325        M&T Bank,    P.O. Box 619063,    Dallas, TX 75261-9063
14989327        M&T Bank Lending Services,    Customer Support,    P.O. Box 1288,    Buffalo, NY 14240-1288
15003510        Mortgage Electronic Registration,    Systems, Inc.,    P.O. Box 2026,    Flint, MI 48501-2026
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com May 01 2019 03:13:55
                 Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
15005673       +E-mail/PDF: acg.acg.ebn@americaninfosource.com May 01 2019 03:14:30
                 Capital One Auto Finance, a division of Capital On,    P.O. Box 4360,    Houston, TX 77210-4360
15029744        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 01 2019 03:13:53
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
15003498        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 01 2019 03:13:53
                 Capital One Bank (USA), N.A.,    P.O. Box 71083,    Charlotte, NC 28272-1083
15003502        E-mail/Text: bncnotices@becket-lee.com May 01 2019 03:15:25     Kohl's,    Payment Center,
                 P.O. Box 2983,    Milwaukee, WI 53201-2983
15033644        E-mail/Text: camanagement@mtb.com May 01 2019 03:15:31     M&T BANK,    P.O. Box 840,
                 Buffalo, NY 14240-0840
15003508        E-mail/Text: camanagement@mtb.com May 01 2019 03:15:31     M&T Bank,    One Fountain Plaza,
                 Buffalo, NY 14203
14989326        E-mail/Text: camanagement@mtb.com May 01 2019 03:15:31     M&T Bank,    P.O. Box 1288,
                 Buffalo, NY 14240-1288
14989323        E-mail/Text: camanagement@mtb.com May 01 2019 03:15:31     M&T Bank,    P.O. Box 62182,
                 Baltimore, MD 21264-2182
14989324        E-mail/Text: camanagement@mtb.com May 01 2019 03:15:31     M&T Bank,    P.O. Box 900,
                 Millsboro, DE 19966
14989753       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 01 2019 03:14:31
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14990915        E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 01 2019 03:15:52
                 Pennsylvania Department of Revenue,    Bankruptcy Division P O Box 280946,
                 Harrisburg PA  17128-0946
15028363        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 01 2019 03:14:15     Verizon,
                 by American InfoSource as agent,    PO Box 4457,    Houston, TX  77210-4457
                                                                                             TOTAL: 13
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              M&T BANK
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15003501*      +KML Law Group P.C.,    Mellon Independence Center,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
15003507*     ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    626 COMMERCE DRIVE,    AMHERST NY 14228-2307
               (address filed with court: M&T Bank,    P.O. Box 1288,    Buffalo, NY 14240-1288)
15003504*     ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    626 COMMERCE DRIVE,    AMHERST NY 14228-2307
               (address filed with court: M&T Bank,    P.O. Box 62182,    Baltimore, MD 21264-2182)
15003505*     ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    626 COMMERCE DRIVE,    AMHERST NY 14228-2307
               (address filed with court: M&T Bank,    P.O. Box 900,    Millsboro, DE 19966)
15003506*       M&T Bank,    P.O. Box 619063,    Dallas, TX 75261-9063
15003509*       M&T Bank Lending Services,    Customer Support,    P.O. Box 1288,    Buffalo, NY 14240-1288
                                                                                   TOTALS: 1, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-1           User: vson                  Page 2 of 2                  Date Rcvd: Apr 30, 2019
                               Form ID: 149                Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 30, 2019 at the address(es) listed below:
              James Warmbrodt     on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Michael S. Jan Janin    on behalf of Joint Debtor Tamika   Allen-Kuhn mjanjanin@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;m
               myers@quinnfirm.com;mtrayer@quinnfirm.com
              Michael S. Jan Janin    on behalf of Debtor Eric Jon Kuhn mjanjanin@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;m
               myers@quinnfirm.com;mtrayer@quinnfirm.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```