IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 19-10096TPA |
| | : | |
| ERIC JON KUHN AND TAMIKA ALLEN KUHN, HIS WIFE, | : | HON. THOMAS P. AGRESTI |
|     Debtors | : | |
| | : | |
| M & T BANK, | : | CHAPTER 13 |
|     Movant, | : | |
| | : | RELATED TO CLAIM NO. 9-1 |
|     v. | : | |
| | : | |
| ERIC JON KUHN AND TAMIKA ALLEN KUHN, HIS WIFE; and RONDA J. WINNECOUR, ESQUIRE, CHAPTER 13 TRUSTEE, | : | |
|     Respondents. | | |

## DECLARATION

I hereby certify as counsel for the Debtors that the existing Chapter 13 Plan is adequately funded and that there is no need to file an amended Chapter 13 Plan.

                                              Respectfully submitted,

                                              QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.

                                    BY:    /s/Michael S. JanJanin
                                                    Michael S. Jan Janin, Esquire
                                                    PA Id. No. 38880
                                                    2222 West Grandview Boulevard
                                                    Erie, Pennsylvania 16506-4508
                                                    Telephone: 814-833-2222, Extension 1045
                                                    Direct Dial: 814-314-1051
                                                    Facsimile: 814-833-6753
                                                    E-Mail: mjanjanin@quinnfirm.com
                                                    Counsel for Debtors, Eric Jon Kuhn and Tamika Allen Kuhn

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 19-10096TPA |
| | : | |
| ERIC JON KUHN AND TAMIKA ALLEN KUHN, HIS WIFE, | : | HON. THOMAS P. AGRESTI |
|     Debtors | : | |
| | : | |
| M & T BANK, | : | CHAPTER 13 |
|     Movant, | : | |
| | : | RELATED TO CLAIM NO. 9-1 |
|     v. | : | |
| | : | |
| ERIC JON KUHN AND TAMIKA ALLEN KUHN, HIS WIFE; and RONDA J. WINNECOUR, ESQUIRE, CHAPTER 13 TRUSTEE, | : | |
|     Respondents. | | |

## CERTIFICATE OF SERVICE OF DECLARATION

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on November 12, 2020.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: *Electronic Notification via the CM/ECF System.*

Ronda J. Winnecour, Esquire, Chapter 13 Trustee
**cmecf@chapter13trusteewdpa.com**

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

EXECUTED ON: November 12, 2020

        Respectfully submitted,

        QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.

        BY:    /s/Michael S. JanJanin
                Michael S. Jan Janin, Esquire
                PA Id. No. 38880
                2222 West Grandview Boulevard
                Erie, Pennsylvania  16506-4508
                Telephone: 814-833-2222, Extension 1045
                Direct Dial: 814-314-1051
                Facsimile: 814-833-6753
                E-Mail: mjanjanin@quinnfirm.com
                Counsel for Debtors, Eric Jon Kuhn and Tamika Allen Kuhn

1402337