IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 19-10096 TPA |
| | : | |
| ERIC JON KUHN AND TAMIKA ALLEN KUHN, HIS WIFE, | : | HON. THOMAS P. AGRESTI |
|     Debtors | : | |
| | : | |
| M&T BANK, | : | CHAPTER 13 |
|     Movant, | : | |
| | : | RELATED TO CLAIM NO. 9 |
|     v. | : | |
| | : | |
| ERIC JON KUHN AND TAMIKA ALLEN KUHN, HIS WIFE; and RONDA J. WINNECOUR, ESQUIRE, CHAPTER 13 TRUSTEE, | : | |
|     Respondents. | | |

<u>DECLARATION REGARDING NOTICE OF MORTGAGE PAYMENT CHANGE
FILED IN COMPLIANCE WITH THE LOCAL RULES</u>

    I hereby certify as counsel for the Debtors that the existing Chapter 13 Plan is adequately funded and that there is no need to file an amended Chapter 13 Plan.

    Respectfully submitted,

    QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.

    BY:    /s/Michael S. JanJanin
    Michael S. Jan Janin, Esquire
    PA Id. No. 38880
    2222 West Grandview Boulevard
    Erie, Pennsylvania  16506-4508
    Telephone: 814-833-2222, Extension 1045
    Direct Dial: 814-314-1051
    Facsimile: 814-833-6753
    E-Mail: mjanjanin@quinnfirm.com
    Counsel for Debtors

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 19-10096 TPA |
| | : | |
| ERIC JON KUHN AND TAMIKA ALLEN KUHN, HIS WIFE, | : | HON. THOMAS P. AGRESTI |
|     Debtors | : | |
| | : | |
| M&T BANK, | : | CHAPTER 13 |
|     Movant, | : | |
| | : | RELATED TO CLAIM NO. 9 |
|     v. | : | |
| | : | |
| ERIC JON KUHN AND TAMIKA ALLEN KUHN, HIS WIFE; and RONDA J. WINNECOUR, ESQUIRE, CHAPTER 13 TRUSTEE, | : | |
|     Respondents. | | |

**CERTIFICATE OF SERVICE OF DECLARATION REGARDING
NOTICE OF MORTGAGE PAYMENT CHANGE**

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on November 9, 2021.

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: *Electronic Notification via the CM/ECF System.*

    Ronda J. Winnecour, Esquire, Chapter 13 Trustee
    **cmecf@chapter13trusteewdpa.com**

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

EXECUTED ON: November 9, 2021

                                    Respectfully submitted,

                                    QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.

                                    BY:    /s/Michael S. JanJanin
                                            Michael S. Jan Janin, Esquire
                                            PA Id. No. 38880
                                            2222 West Grandview Boulevard
                                            Erie, Pennsylvania  16506-4508
                                            Telephone: 814-833-2222, Extension 1045
                                            Direct Dial: 814-314-1051
                                            Facsimile: 814-833-6753
                                            E-Mail: mjanjanin@quinnfirm.com
                                            Counsel for Debtors

1473489