IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 19-10096 CMB |
| ERIC JON KUHN AND | : | |
| TAMIKA ALLEN KUHN, HIS WIFE, | : | HON. CARLOTA M. BÖHM |
|     Debtors | : | |
| M&T BANK, | : | CHAPTER 13 |
|     Movant, | : | |
| | : | RELATED TO CLAIM NO. 9 |
| v. | : | |
| ERIC JON KUHN AND | : | |
| TAMIKA ALLEN KUHN, HIS WIFE; and | : | |
| RONDA J. WINNECOUR, ESQUIRE, | | |
| CHAPTER 13 TRUSTEE, | | |
|     Respondents. | | |

### DECLARATION REGARDING NOTICE OF MORTGAGE PAYMENT CHANGE FILED IN COMPLIANCE WITH THE LOCAL RULES

I hereby certify as counsel for the Debtors that the existing Chapter 13 Plan is adequately funded and that there is no need to file an amended Chapter 13 Plan.

        Respectfully submitted,
        THE QUINN LAW FIRM

BY:   /s/ Michael S. Jan Janin
        Michael S. Jan Janin, Esquire
        PA Id. No. 38880
        2222 West Grandview Boulevard
        Erie, Pennsylvania  16506-4508
        Phone:  (814) 833-2222, Ext. 1045
        Facsimile: 814-833-6753
        mjanjanin@quinnfirm.com
        Counsel for Debtors, Eric Jon Kuhn and
        Tamika Allen-Kuhn

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 19-10096 CMB |
| | : | |
| ERIC JON KUHN AND | : | |
| TAMIKA ALLEN KUHN, HIS WIFE, | : | HON. CARLOTA M. BÖHM |
|     Debtors | : | |
| | : | |
| M&T BANK, | : | CHAPTER 13 |
|     Movant, | : | |
| | : | RELATED TO CLAIM NO. 9 |
|     v. | : | |
| | : | |
| ERIC JON KUHN AND | : | |
| TAMIKA ALLEN KUHN, HIS WIFE; and | : | |
| RONDA J. WINNECOUR, ESQUIRE, | | |
| CHAPTER 13 TRUSTEE, | | |
|     Respondents. | | |

**CERTIFICATE OF SERVICE OF DECLARATION REGARDING
NOTICE OF MORTGAGE PAYMENT CHANGE**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on November 11, 2022.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was sent via CM/ECF Notification to:

- Office of the United States Trustee at ustpregion03.pi.ecf@usdoj.gov
- Ronda J. Winnecour, Chapter 13 Trustee at cmecf@chapter13trusteewdpa.com
- Brian Nicholas for Creditor M&T BANK at bnicholas@kmllawgroup.com

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

EXECUTED ON: November 11, 2022     Respectfully submitted,
                                    THE QUINN LAW FIRM

                            BY:     /s/ Michael S. Jan Janin
                                    Michael S. Jan Janin, Esquire
                                    PA Id. No. 38880
                                    2222 West Grandview Boulevard
                                    Erie, Pennsylvania  16506-4508
                                    Phone:  (814) 833-2222, Ext. 1045
                                    Facsimile: 814-833-6753
                                    mjanjanin@quinnfirm.com
                                    Counsel for Debtors, Eric Jon Kuhn and
                                    Tamika Allen-Kuhn

1576255