**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>ERIC JON KUHN<br>TAMIKA ALLEN-KUHN<br><br>              Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br><br>              Movant<br>    vs.<br>CAPITAL ONE AUTO FINANCE - DIV<br>CAPITAL ONE NA<br><br>         Respondents | Case No. 19-10096JCM<br><br>Chapter 13<br><br>Document No __ |

### NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> The creditor has informed the Trustee that the account has been paid in full. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error and acknowledges that it will accept future payments.

> THE CREDITOR HAS REFUNDED OVERPAYMENT AND ADVISED TO STOP DISBURSE ON CLAIM. CLAIM HAS NOT BEEN WITHDRAWN AS TO THE BALANCE NOR AMENDED.

CAPITAL ONE AUTO FINANCE - DIV CAPITAL ONE NA
C/O AIS PORTFOLIO SERVICES LP
PO BOX 4360
HOUSTON, TX 77210

Court claim# 2/Trustee CID# 3

The Movant further certifies that on 12/05/2023 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| DEBTOR(S):<br>ERIC JON KUHN, TAMIKA ALLEN-KUHN,<br>2003 EAST GORE ROAD, ERIE, PA  16510 | DEBTOR'S COUNSEL:<br>MICHAEL S JAN JANIN ESQ, QUINN BUSECK LEEMHUIS ET AL, 2222 W GRANDVIEW BLVD, ERIE, PA  16506-4508 |
| ORIGINAL CREDITOR:<br>CAPITAL ONE AUTO FINANCE - DIV CAPITAL ONE NA, C/O AIS PORTFOLIO SERVICES LP, PO BOX 4360, HOUSTON, TX  77210 | :<br>CAPITAL ONE AUTO FINANCE**, C/O AIS PORTFOLIO SERVICES LP, ATTN BANKRUPTCY NOTICES, 4515 N SANTA FE AVE DEPT APS, OKLAHOMA CITY, OK  73118 |
| NEW CREDITOR: | |