Form 300b

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Eric Jon Kuhn** | : | Case No. 19−10096−JCM |
| **Tamika Allen−Kuhn** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 83 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 12/3/24 at 02:30 PM |
| *Respondent(s).* | : | |
| | : | |
| | : | |

### ORDER SCHEDULING DATE FOR RESPONSE
### AND HEARING ON MOTION

     *AND NOW,* this *The 26th of September, 2024*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 83 , by the Chapter 13 Trustee

    It is hereby **ORDERED, ADJUDGED and DECREED** that:

    (1)  **On or before November 12, 2024**, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

    (2)  This *Motion* is scheduled for hearing on **December 3, 2024 at 02:30 PM** in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Melaragno's Procedures effective 6/28/23 on the Court's Website.

    (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court **may** determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge John C Melaragno refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

_____
John C. Melaragno, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-10096-JCM |
| Eric Jon Kuhn | Chapter 13 |
| Tamika Allen-Kuhn | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: Sep 26, 2024 | Form ID: 300b | Total Noticed: 28 |

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Eric Jon Kuhn, Tamika Allen-Kuhn, 2003 East Gore Road, Erie, PA 16510-3893 |
| 15003503 | + | Liberty Mortgage Corporation, 3818 Liberty Street, Erie, PA 16509-1473 |
| 14989327 | | M&T Bank Lending Services, Customer Support, P.O. Box 1288, Buffalo, NY 14240-1288 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 27 2024 00:25:38 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15003495 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 27 2024 00:43:34 | Best Buy Credit Services, P.O. Box 78009, Phoenix, AZ 85062-8009 |
| 15003496 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 27 2024 00:44:26 | Best Buy/CBNA, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 15003497 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Sep 27 2024 00:44:06 | Capital One Auto Finance, P.O. Box 259407, Plano, TX 75025-9407 |
| 15005673 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 27 2024 00:25:38 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 15003498 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 27 2024 00:04:29 | Capital One Bank (USA), N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |
| 15029744 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 27 2024 00:25:13 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15026438 | | Email/PDF: bncnotices@becket-lee.com | Sep 27 2024 00:26:03 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15025443 | + | Email/Text: RASEBN@raslg.com | Sep 27 2024 00:00:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15033912 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 27 2024 00:25:56 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 15011084 | + | Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | Sep 27 2024 00:00:00 | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 15003500 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Sep 27 2024 00:01:00 | Fifth Third Bank, 5050 Kingsley Drive, Cincinnati, OH 45227-1115 |
| 15003499 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 27 2024 00:25:48 | Chase, P.O. Box 15123, Wilmington, DE 19850-5123 |

| Recip ID | Bypass | Notice Type / Email | Date/Time | Name and Address |
|---|---|---|---|---|
| 14989322 | | ^ MEBN | Sep 26 2024 23:51:08 | KML Law Group P.C., Mellon Independence Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15003502 | | Email/Text: PBNCNotifications@peritusservices.com | Sep 27 2024 00:00:00 | Kohl's, Payment Center, P.O. Box 2983, Milwaukee, WI 53201-2983 |
| 15033644 | | Email/Text: camanagement@mtb.com | Sep 27 2024 00:01:00 | M&T BANK, P.O. Box 840, Buffalo, NY 14240-0840 |
| 15003508 | | Email/Text: camanagement@mtb.com | Sep 27 2024 00:01:00 | M&T Bank, One Fountain Plaza, Buffalo, NY 14203 |
| 14989326 | | Email/Text: camanagement@mtb.com | Sep 27 2024 00:01:00 | M&T Bank, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 14989323 | | Email/Text: camanagement@mtb.com | Sep 27 2024 00:01:00 | M&T Bank, P.O. Box 62182, Baltimore, MD 21264-2182 |
| 14989324 | | Email/Text: camanagement@mtb.com | Sep 27 2024 00:01:00 | M&T Bank, P.O. Box 900, Millsboro, DE 19966 |
| 14989325 | | Email/Text: camanagement@mtb.com | Sep 27 2024 00:01:00 | M&T Bank, P.O. Box 619063, Dallas, TX 75261-9063 |
| 15003510 | | ^ MEBN | Sep 26 2024 23:51:22 | Mortgage Electronic Registration, Systems, Inc., P.O. Box 2026, Flint, MI 48501-2026 |
| 14989753 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 27 2024 00:25:54 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14990915 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 27 2024 00:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division P O Box 280946, Harrisburg PA 17128-0946 |
| 15028363 | | Email/PDF: ebn_ais@aisinfo.com | Sep 27 2024 00:26:38 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | M&T BANK |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15003501 | *+ | KML Law Group P.C., Mellon Independence Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15003507 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M&T Bank, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 15003504 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M&T Bank, P.O. Box 62182, Baltimore, MD 21264-2182 |
| 15003505 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M&T Bank, P.O. Box 900, Millsboro, DE 19966 |
| 15003506 | * | M&T Bank, P.O. Box 619063, Dallas, TX 75261-9063 |
| 15003509 | * | M&T Bank Lending Services, Customer Support, P.O. Box 1288, Buffalo, NY 14240-1288 |

TOTAL: 1 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0315-1　　　　　　　　　　　　　　User: auto　　　　　　　　　　　　　　　　　　　　Page 3 of 3
Date Rcvd: Sep 26, 2024　　　　　　　　　　　Form ID: 300b　　　　　　　　　　　　　　　Total Noticed: 28
Date: Sep 28, 2024　　　　　　　　Signature:　　/s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor M&T BANK blemon@kmllawgroup.com lemondropper75@hotmail.com |
| Brian Nicholas | on behalf of Creditor M&T BANK brian+ecf@briannicholas.com mccallaecf@ecf.courtdrive.com |
| Michael S. Jan Janin | on behalf of Joint Debtor Tamika Allen-Kuhn mjanjanin@quinnfirm.com slowe@quinnfirm.com;mtrayer@quinnfirm.com;mmartinucci@quinnfirm.com;Janin.MichaelR117420@notify.bestcase.com |
| Michael S. Jan Janin | on behalf of Debtor Eric Jon Kuhn mjanjanin@quinnfirm.com slowe@quinnfirm.com;mtrayer@quinnfirm.com;mmartinucci@quinnfirm.com;Janin.MichaelR117420@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6