IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
ERIC JON KUHN
TAMIKA ALLEN-KUHN
    Debtor(s)

Ronda J. Winnecour
    Movant
vs.
No Repondents.

Case No.:19-10096

Chapter 13

Related to:  Document No. 83

ORDER OF COURT

AND NOW, this 13th day of November, 20 24, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

SIGNED
11/13/24 9:47 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

John C. Melaragno, Judge  glb
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                                                  Case No. 19-10096-JCM

Eric Jon Kuhn                                                                                                                                  Chapter 13

Tamika Allen-Kuhn

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1                                                 User: auto                                                                                  Page 1 of 3

Date Rcvd: Nov 13, 2024                                 Form ID: pdf900                                                 Total Noticed: 28

The following symbols are used throughout this certificate:

**Symbol**         **Definition**

\+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++               Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^                 Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Eric Jon Kuhn, Tamika Allen-Kuhn, 2003 East Gore Road, Erie, PA 16510-3893 |
| 15003503 | + | Liberty Mortgage Corporation, 3818 Liberty Street, Erie, PA 16509-1473 |
| 14989327 | | M&T Bank Lending Services, Customer Support, P.O. Box 1288, Buffalo, NY 14240-1288 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 14 2024 00:30:42 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15003495 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 14 2024 00:30:13 | Best Buy Credit Services, P.O. Box 78009, Phoenix, AZ 85062-8009 |
| 15003496 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 14 2024 00:30:14 | Best Buy/CBNA, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 15003497 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Nov 14 2024 00:41:36 | Capital One Auto Finance, P.O. Box 259407, Plano, TX 75025-9407 |
| 15005673 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 14 2024 00:30:15 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 15003498 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 14 2024 00:30:47 | Capital One Bank (USA), N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |
| 15029744 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 14 2024 00:41:25 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15026438 | | Email/PDF: bncnotices@becket-lee.com | Nov 14 2024 00:41:39 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15025443 | + | Email/Text: RASEBN@raslg.com | Nov 14 2024 00:14:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15033912 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 14 2024 00:30:12 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 15011084 | + | Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | Nov 14 2024 00:14:00 | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 15003500 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Nov 14 2024 00:15:00 | Fifth Third Bank, 5050 Kingsley Drive, Cincinnati, OH 45227-1115 |
| 15003499 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 14 2024 00:30:07 | Chase, P.O. Box 15123, Wilmington, DE 19850-5123 |

| Recip ID | Bypass/Method | Date/Time | Name and Address |
|---|---|---|---|
| 14989322 | ^ MEBN | Nov 14 2024 00:10:37 | KML Law Group P.C., Mellon Independence Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15003502 | Email/Text: PBNCNotifications@peritusservices.com | Nov 14 2024 00:14:00 | Kohl's, Payment Center, P.O. Box 2983, Milwaukee, WI 53201-2983 |
| 15033644 | Email/Text: camanagement@mtb.com | Nov 14 2024 00:15:00 | M&T BANK, P.O. Box 840, Buffalo, NY 14240-0840 |
| 15003508 | Email/Text: camanagement@mtb.com | Nov 14 2024 00:15:00 | M&T Bank, One Fountain Plaza, Buffalo, NY 14203 |
| 14989326 | Email/Text: camanagement@mtb.com | Nov 14 2024 00:15:00 | M&T Bank, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 14989323 | Email/Text: camanagement@mtb.com | Nov 14 2024 00:15:00 | M&T Bank, P.O. Box 62182, Baltimore, MD 21264-2182 |
| 14989324 | Email/Text: camanagement@mtb.com | Nov 14 2024 00:15:00 | M&T Bank, P.O. Box 900, Millsboro, DE 19966 |
| 14989325 | Email/Text: camanagement@mtb.com | Nov 14 2024 00:15:00 | M&T Bank, P.O. Box 619063, Dallas, TX 75261-9063 |
| 15003510 | ^ MEBN | Nov 14 2024 00:10:42 | Mortgage Electronic Registration, Systems, Inc., P.O. Box 2026, Flint, MI 48501-2026 |
| 14989753 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 14 2024 00:41:36 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14990915 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 14 2024 00:15:00 | Pennsylvania Department of Revenue, Bankruptcy Division P O Box 280946, Harrisburg PA 17128-0946 |
| 15028363 | Email/PDF: ebn_ais@aisinfo.com | Nov 14 2024 00:30:55 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | M&T BANK |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15003501 | *+ | KML Law Group P.C., Mellon Independence Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15003507 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M&T Bank, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 15003504 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M&T Bank, P.O. Box 62182, Baltimore, MD 21264-2182 |
| 15003505 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M&T Bank, P.O. Box 900, Millsboro, DE 19966 |
| 15003506 | * | M&T Bank, P.O. Box 619063, Dallas, TX 75261-9063 |
| 15003509 | * | M&T Bank Lending Services, Customer Support, P.O. Box 1288, Buffalo, NY 14240-1288 |

TOTAL: 1 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0315-1 | User: auto | Page 3 of 3
Date Rcvd: Nov 13, 2024 | Form ID: pdf900 | Total Noticed: 28

Date: Nov 15, 2024          Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor M&T BANK blemon@kmllawgroup.com  lemondropper75@hotmail.com |
| Brian Nicholas | on behalf of Creditor M&T BANK brian+ecf@briannicholas.com  mccallaecf@ecf.courtdrive.com |
| Michael S. Jan Janin | on behalf of Joint Debtor Tamika Allen-Kuhn mjanjanin@quinnfirm.com slowe@quinnfirm.com;mtrayer@quinnfirm.com;mmartinucci@quinnfirm.com;Janin.MichaelR117420@notify.bestcase.com |
| Michael S. Jan Janin | on behalf of Debtor Eric Jon Kuhn mjanjanin@quinnfirm.com slowe@quinnfirm.com;mtrayer@quinnfirm.com;mmartinucci@quinnfirm.com;Janin.MichaelR117420@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6